**Abatement Order filed December 3, 2020**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00327-CR

---

**MICHAEL WAYNE ANTWINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18CR2396**

---

### ABATEMENT ORDER

Appellant appeals his conviction for possession of a controlled substance. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386 U.S. at 744. Accordingly, the case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record

containing that appointment filed with the clerk of this court within thirty (30) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.

PER CURIAM


Panel consists of Justices Bourliot, Zimmerer, and Spain.